IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00976-SKC -MDB

KRISTEN GEARHART,

    Plaintiff,

v.

UNIVERSITY OF COLORADO COLORADO SPRINGS, THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate, MARK TOMFORDE, ZACHARY MESYAN, GENE ABRAMS, JOHN/JANE DOES 1-4, and CHANCELLOR JENNIFER SOBANET, in her official capacity,

    Defendants.

---

**JOINT MOTION TO DISMISS DEFENDANTS MARK TOMFORDE, ZACHARY MESYAN, GENE ABRAMS, AND DOES 1-4 IN THEIR OFFICIAL CAPACITIES ONLY AND
TO CORRECT THE CAPTION TO REFLECT THE SAME**

---

Plaintiff and Defendants hereby stipulate to the dismissal of Defendants Mark Tomforde, Zachary Mesyan, Gene Abrams, and Does 1-4 in their official capacities only, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

The parties further jointly move to correct the case caption to reflect that Jennifer Sobanet is the sole Defendant sued only in official-capacity, and Defendants Mark Tomforde, Zachary Mesyan, Gene Abrams, and Does 1-4 are sued in their individual capacity only.

Respectfully submitted: January 31, 2025.

*s/Paul Linnenburger*
Paul Linnenburger
Lane Linnenburger Lane LLP
2265 Dayton St., Ste. A2
Aurora, Colorado 80010
Ph:  720.400.8150
paul@attorneyslane.com
*Attorney for Plaintiff*


*s/Megan Clark*
Megan Clark
Senior Assistant University Counsel
Special Assistant Attorney General
University of Colorado
Office of University Counsel
1800 Grant Street, Suite 700
Denver, CO 80203
303-860-5691
Megan.Clark@cu.edu
*Attorney for Defendants University of Colorado Colorado Springs, the Regents of the University of Colorado; Chancellor Jennifer Sobanet; and Mark Tomforde, Zachary Mesyan, and Gene Abrams in their Official Capacities ("University Defendants")*

*s/Michael McMaster*
Michael McMaster
Assistant Solicitor General
Paige Olson
Assistant Attorney General
Colorado Department of Law
1300 Broadway, Denver, CO 80203
Michael.McMaster@coag.gov
Paige.olson@coag.gov
*Attorneys for Defendant Zachary Mesyan*


*s/Amy Colony*
Amy Colony
Senior Assistant Attorney General
Tort Litigation Unit
Colorado Department of Law
1300 Broadway, Denver, CO 80203
Amy.Colony@coag.gov
*Attorney for Defendant Gene Abrams*


*s/Courtney Kramer*
Courtney Kramer
James Kadolph
SGR, LLC
3900 E. Mexico Avenue, Suite 700
Denver, CO 80210
(303) 320-0509
CKramer@sgrllc.com
JKadolph@sgrllc.com
*Attorneys for Defendant Mark Tomforde*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2025, I electronically filed the foregoing with the Court's electronic filing system (CM/ECF) which will automatically cause notification to be sent to the following counsel of record:

Paul M. Linnenburger
Lane Linnenburger Lane LLP
2266 Dayton Street, Suite A-2
Aurora, CO 80010
paul@attorneyslane.com
*Attorney for Plaintiff*

Michael McMaster
Assistant Solicitor General
Paige Olson
Assistant Attorney General
Colorado Department of Law
1300 Broadway
Denver, CO 80203
Michael.McMaster@coag.gov
Paige.olson@coag.gov
*Attorneys for Defendant Zak Mesyan*

Amy Colony
Senior Assistant Attorney General
Tort Litigation Unit
Colorado Department of Law
1300 Broadway
Denver, CO 80203
Amy.Colony@coag.gov
*Attorney for Defendant Gene Abrams*

Courtney Kramer
James Kadolph
SGR, LLC
3900 E. Mexico Avenue, Suite 700
Denver, CO 80210
(303) 320-0509
CKramer@sgrllc.com
JKadolph@sgrllc.com

*Attorneys for Defendant Mark Tomforde*

<u>*s/ Pamela K. Morrison*</u>
Pamela K. Morrison, Litigation Paralegal