**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-00976-SKC

KRISTEN GEARHART,

Plaintiff,

v.

UNIVERSITY OF COLORADO COLORADO SPRINGS,
THE REGENTS OF THE UNIVERSITY OF COLORADO, a
body corporate, MARK TOMFORDE,
ZACHARY MESYAN, GENE ABRAMS,
JOHN/JANE DOES 1-4, and
CHANCELLOR JENNIFER SOBANET, in her official capacity,

Defendants.

---

**NOTICE OF SETTLEMENT OF CLAIMS AGAINST DEFENDANT TOMFORDE**

---

Plaintiff, **KRISTEN GEARHART**, and Defendant, **MARK TOMFORDE**, by and through their respective counsel, hereby notify the Court that a resolution has been reached in this case.

Plaintiff and Defendant Tomforde have reached a resolution of all claims between Plaintiff and said Defendant. Plaintiff and Defendant Tomforde will be filing a stipulated Motion to Dismiss the claims against Defendant Tomforde once the paperwork behind the settlement is completed.

**WHEREFORE**, the Parties respectfully notify this Court of the resolution reached in this matter as between them.

Respectfully submitted this 3rd day of February, 2026.

*s/ James T. Kadolph*

James T. Kadolph
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
(303) 320-0509
jkadolph@sgrllc.com
*Attorney for Defendant Mark Tomforde*

*s/ Paul M. Linnenburger*

Paul M. Linnenburger
Lane Linnenburger Lane, LLP
2266 Dayton Street, Ste. A-2
Aurora, CO 80010
(505) 226-7979
paul@attorneyslane.com
*Attorney for Plaintiff*