**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-00976-SKC-MDB

KRISTEN GEARHART,

Plaintiff,

v.

UNIVERSITY OF COLORADO COLORADO SPRINGS, *et al.,*

Defendant(s).

---

**NOTICE OF APPEAL FROM FINAL JUDGMENT**

---

\

Plaintiff Kristen Gearhart, by and through her counsel Paul Linnenburger or Lane Linnenburger Lane LLP, appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment and dismissal entered February 14, 2026, which disposed of all remaining claims in this matter, for review of the Order Re: Motions to Dismiss (Doc. 104) as to claims against the University Defendants and Defendants Abrams and Mesyan.

Dated: March 12, 2026.

Respectfully submitted,

*/s/ Paul Linnenburger*

PAUL LINNENBURGER
Lane + Linnenburger + Lane LLP
P.O. Box 172632
Denver, Colorado 80217
Ph: 720.400.8150
paul@attorneyslane.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12th day of March 2026, I filed this pleading electronically through the CM/ECF system, which caused counsel of record for all parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Paul Linnenburger*

Paul Linnenburger