**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**August 25, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

KRISTEN GEARHART,

Plaintiff - Appellant,

v.

UNIVERSITY OF COLORADO COLORADO SPRINGS; THE REGENTS OF THE UNIVERSITY OF COLORADO; ZACHARY MESYAN; GENE ABRAMS; LAURA AMMOT, John/Jane Does 1 Through 4; JENNIFER SOBANET, Chancellor, in her official capacity and John/Jane Does 1 Through 4,

Defendants - Appellees,

and

MARK TOMFORDE,

Defendant.

No. 26-1075
(D.C. No. 1:24-CV-00976-SKC-MDB)
(D. Colo.)

---

**ORDER**

---

In accordance with 10th Cir. R. 33.1, Rules of the Tenth Circuit, and upon consideration of the motion to dismiss the above-captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b)(2).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk